## 56425. WARD v. THE STATE.

WEBB, Judge.
The evidence authorized the guilty verdict, and no error of law having been made to appear, the judgment is affirmed.

*Judgment affirmed. Quillian, P. J., and McMurray, J., concur.*

SUBMITTED SEPTEMBER 6, 1978 — DECIDED SEPTEMBER 25, 1978.

*Louise T. Hornsby,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Melvin H. Jones, Assistant District Attorneys,* for appellee.